# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00238-CR

**Corey Wayne Sedwick, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 99-974-K277, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

A jury found appellant Corey Wayne Sedwick guilty of possessing cocaine and tampering with physical evidence. Tex. Health & Safety Code Ann. § 481.112(a), (c) (West Supp. 2000); Tex. Penal Code Ann. § 37.09 (West Supp. 2000). The jury assessed punishment for these offenses, enhanced by a previous felony conviction, at imprisonment for terms of seventy-five and fifteen years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d

137 (Tex. Crim. App. 1969).  A copy of counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

_____

 _

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Affirmed

Filed:   November 2, 2000

Do Not Publish

2